## GRADY COUNTY v. MILLER.

No. 7830.   Opinion Filed February 29, 1916.

(155 Pac. 883.)

**APPEAL AND ERROR—Presentation for Review—Motion to Vacate Judgment.**   Dismissed upon the authority of *Orr v. Fulton,* 52 Okla. 621, 153 Pac. 149, and *Grady County v. Schrock, ante,* p. 144, 155 Pac. 882, and *Grady County v. Alexander, ante,* p. 147.

(Syllabus by the Court.)

*Error from District Court, Grady County;*
*Cham Jones, Judge.*

Action by Laura Miller against Grady County.   Judgment for plaintiff, and defendant brings error.   Dismissed.

*John H. Venable,* Co. Atty., and *A. K. Swan,* Asst. Co. Atty., for plaintiff in error.

*Bond, Melton & Melton,* for defendant in error.

KANE, C. J.   This cause comes on to be heard upon a motion to dismiss, filed by the defendant in error.   As

the questions involved herein are precisely the same as in *Orr v. Fulton*, 52 Okla. 621, 153 Pac. 149, and the cases of *Grady County v. Schrock, ante,* p. 144, 155 Pac. 882, and *Grady County v. Alexander, ante,* p. 147, the proceeding in error herein must be dismissed upon the authority of those cases.

All the Justices concur.